```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 19123
   CHRIS ISADORE MICKENS
   CHERYL DENISE MICKENS                      CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
              Debtor
   SSN XXX-XX-3509     SSN XXX-XX-3195

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/12/2005 and was confirmed 06/30/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 11/08/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
BALABAN FURNITURE          SECURED            750.00        26.80        750.00
BALABAN FURNITURE          UNSEC W/INTER      1386.54      145.51       1386.54
BALABAN FURNITURE          NOTICE ONLY    NOT FILED           .00           .00
HONOR FINANCE              SECURED           6600.00       316.01       6600.00
HONOR FINANCE              UNSEC W/INTER     2332.85       233.17       2332.85
NATIONWIDE ACCEPTANCE~     SECURED           3215.58       153.96       3215.58
NATIONWIDE ACCEPTANCE~     UNSEC W/INTER NOT FILED           .00           .00
ASHWORTH COLLEGE           UNSEC W/INTER NOT FILED           .00           .00
CAPITAL ONE BANK           UNSEC W/INTER NOT FILED           .00           .00
CINGULAR WIRELESS          UNSEC W/INTER     1407.91       147.79       1407.91
COMMONWEALTH EDISON        UNSEC W/INTER      906.75        95.14        906.75
ROUNDUP FUNDING LLC        UNSEC W/INTER      781.04        82.11        781.04
PREMIER BANCARD CHARTER    UNSEC W/INTER      391.92        41.17        391.92
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER     1135.84       119.26       1135.84
ECAST SETTLEMENT CORP      UNSEC W/INTER      667.46        66.82        667.46
ECAST SETTLEMENT CORP      UNSEC W/INTER     1019.94       101.97       1019.94
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER      915.14        96.12        915.14
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER      841.96        88.38        841.96
CAPITAL ONE                UNSEC W/INTER      535.75        52.20        535.75
FIRST NATIONAL BANK OF M   UNSEC W/INTER NOT FILED           .00           .00
MERRICK BANK               UNSEC W/INTER NOT FILED           .00           .00
HOUSEHOLD BANK             UNSEC W/INTER NOT FILED           .00           .00
HOUSEHOLD FINANCE CORP     NOTICE ONLY    NOT FILED           .00           .00
PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                   2,700.00
TOM VAUGHN                 TRUSTEE                                      1,501.90
DEBTOR REFUND              REFUND                                         525.04


     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                29,382.03
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 19123 CHRIS ISADORE MICKENS & CHERYL DENISE MICKENS

```
PRIORITY                                                               .00
SECURED                                                          10,565.58
    INTEREST                                                        496.77
UNSECURED                                                        12,323.10
    INTEREST                                                      1,269.64
ADMINISTRATIVE                                                    2,700.00
TRUSTEE COMPENSATION                                              1,501.90
DEBTOR REFUND                                                       525.04
                                        ---------------     ---------------
TOTALS                                       29,382.03           29,382.03
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 02/28/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
    CASE NO. 05 B 19123 CHRIS ISADORE MICKENS & CHERYL DENISE MICKENS